CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
KATHY H. GAO, Bar No. 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501
Attorneys for Defendant, Bank of America, National Association

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and Does 1-10,<br><br>    Defendants. | Case No.: 2:17-cv-00757-DMG-JPR<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: 9/20/17                    CENTER FOR DISABILITY ACCESS

                                  By:  __/s/Phyl Grace_____
                                       Phyl Grace
                                       Attorneys for Plaintiff

Dated: 9/20/17                    MORGAN, LEWIS & BOCKIUS LLP

                                  By:  ___/s/Kathy H. Gao_____
                                       Kathy H. Gao
                                       Attorney for Defendant
                                       Bank of America, National Association.

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Kathy H. Gao, counsel for Bank of America, National Association, and that I have obtained Ms. Gao's authorization to affix her electronic signature to this document.

Dated: 9/20/17                           CENTER FOR DISABILITY ACCESS

                                         By:   /s/Phyl Grace
                                                Phyl Grace
                                                Attorney for Plaintiff