CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
KATHY H. GAO, Bar No. 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501
Attorneys for Defendant, Bank of America, National Association

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION; and Does 1-10, <br><br> Defendants. | Case: 2:17-cv-00757-DMG-JPR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 10/16/17          CENTER FOR DISABILITY ACCESS

By: /s/Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: 10/16/17          MORGAN, LEWIS & BOCKIUS LLP

By:   /s/Kathy H. Gao
    Kathy H. Gao
    Attorney for Defendant
    Bank of America, National Association.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Kathy H. Gao, counsel for Bank of America, National Association, and that I have obtained Ms. Gao's authorization to affix her electronic signature to this document.

Dated: 10/16/17    CENTER FOR DISABILITY ACCESS

                          By: __/s/Phyl Grace_____
                                Phyl Grace
                                Attorneys for Plaintiff